**Charlotte N. WHITE, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2013–3134.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2014.

Victor R. Farrugia, Farrugia Law Firm, LLC, of New Orleans, LA, argued for petitioner.

Domenique Kirchner, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for

respondent. With her on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Steven J. Gillingham, Assistant Director.

PROST, Chief Judge, MOORE and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.